# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ZUBER, <br><br> Plaintiff, <br><br> vs. <br><br> RELIANCE STANDARD LIFE INSURANCE COMPANY; AZUSA PACIFIC UNIVERSITY LONG TERM DISABILITY PLAN; and DOES 1 TO 10, Inclusive, <br><br> Defendants. | Case No. 2:14-cv-09485 MMM (SHx) <br><br> **ORDER UPON STIPULATION TO DISMISS AZUSA PACIFIC UNIVERSITY LONG TERM DISABILITY PLAN** |

IT IS HEREBY ORDERED that Defendant AZUSA PACIFIC UNIVERSITY LONG TERM DISABILITY PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan. Reliance Standard Life Insurance Company shall remain the only named defendant in this action.

IT IS SO ORDERED.

Dated: February 10, 2015

_____
Hon. Margaret M. Morrow
United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

141947.1

1

Case No. 2:14-cv-09485 MMM (SHx)
ORDER UPON STIPULATION TO DISMISS
THE PLAN