1  Linda M. Lawson (Bar No. 77130)
   llawson@mmhllp.com
2  Charles K. Chineduh (Bar No. 273258)
   cchineduh@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   800 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90017-2611
   Telephone:  (213) 620-0300
5  Facsimile:  (213) 625-1930

6  Attorneys for Defendant
   RELIANCE STANDARD LIFE INSURANCE
7  COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ZUBER, | Case No. 2:14-cv-09485 MMM (SHx) |
| Plaintiff, | **JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY; AZUSA PACIFIC UNIVERSITY LONG TERM DISABILITY PLAN; and DOES 1 TO 10, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff DENNIS ZUBER and Defendant RELIANCE STANDARD LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that the parties agree to dismiss this action in its entirety, with prejudice, as to all defendants, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.[1]  Each party shall bear its own attorneys' fees and costs.

---

[1] Defendant Azusa Pacific University Long Term Disability Plan was dismissed by the Court pursuant to the parties' stipulation on February 10, 2015. (Docket No. 22).

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

143572.1

1   Case No.  2:14-cv-09485 MMM (SHx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

1 | The parties seek the Court's approval of the dismissal of the action.

2

3 | Dated: June 15, 2015        LAW OFFICES OF KEVIN M. ZIETZ, PC
                                Kevin M. Zietz

4

5 |                             By: */s/ Kevin M. Zietz*
6 |                                 Kevin M. Zietz
                                    Attorneys for Plaintiff
7 |                                 DENNIS ZUBER

8

9 | Dated: June 15, 2015        MESERVE, MUMPER & HUGHES LLP
                                Linda M. Lawson
10|                             Charles K. Chineduh

11

12|                             By: */s/ Charles K. Chineduh*
                                    Charles K. Chineduh
13|                                 Attorneys for Defendant
                                    RELIANCE STANDARD LIFE
14|                                 INSURANCE COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

143572.1

2

Case No. 2:14-cv-09485 MMM (SHx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE