JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ZUBER,<br><br>    Plaintiff,<br><br>vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY; AZUSA PACIFIC UNIVERSITY LONG TERM DISABILITY PLAN; and DOES 1 TO 10, Inclusive,<br><br>    Defendants. | Case No. 2:14-cv-09485 MMM (SHx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:14-cv-09485 MMM (SHx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**.

Dated: June 16, 2015

*Margaret M. Morrow*
Hon. Margaret M. Morrow
United States District Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

143573.1

1

Case No. 2:14-cv-09485 MMM (SHx)
ORDER RE STIPULATION TO DISMISS
ENTIRE ACTION WITH PREJUDICE